[No. 13337. Department One. September 30, 1916.]

G. W. HAWN, *Respondent*, v. YAKIMA COUNTY, *Appellant*.[1]

APPEAL—REVIEW—DISCRETION—NEW TRIAL. The grant of a new trial for insufficiency of the evidence to sustain the verdict will not be disturbed on appeal except for abuse of discretion.

Appeal from an order of the superior court for Yakima county, Preble, J., entered September 8, 1915, granting a new trial after the verdict of a jury rendered in favor of the defendant, in an action in tort. Affirmed.

*Harold B. Gilbert* and *Sydney Livesey*, for appellant.

*H. J. Snively* and *I. J. Bounds*, for respondent.

PER CURIAM.—Appeal from an order granting a new trial upon the ground of insufficiency of the evidence to justify the verdict. We have held in an unbroken line of decisions that the discretion to so order is vested in the lower court, and that its judgment when so entered will not be disturbed on appeal unless there is a manifest abuse of such discretion. The record presents no such abuse.

The judgment is affirmed.

[1]Reported in 160 Pac. 7.